**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Russ** <br> First name <br> **Aaron** <br> Middle name <br> **Slothower** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br> Middle name <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **FDBA  Oasis Pool and Spa Service LLC** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1570 | |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5.    Where you live**

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| **14543 SE West Park Ct.**<br>**Damascus, OR 97089**<br>Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **Clackamas**<br>County | _____<br>County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.**  Note that the court will send any notices to this mailing address. |
| _____<br>Number, P.O. Box, Street, City, State & ZIP Code | _____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6.    Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐  Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐  I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

Case 23-31403-thp7    Doc 1    Filed 06/28/23

Debtor 1    **Russ Aaron Slothower**               Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

       ☐    No. Go to line 12.

       ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case 23-31403-thp7    Doc 1    Filed 06/28/23

Debtor 1 **Russ Aaron Slothower**                              Case number *(if known)* _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

�/ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ No.

☐ Yes.   What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| Debtor 1 | **Russ Aaron Slothower** | | Case number *(if known)* | |
|---|---|---|---|---|

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Russ Aaron Slothower**
_____                    _____
**Russ Aaron Slothower**                                          Signature of Debtor 2
Signature of Debtor 1

Executed on   **June 27, 2023**                          Executed on _____
MM / DD / YYYY                                              MM / DD / YYYY

Case 23-31403-thp7   Doc 1   Filed 06/28/23

Debtor 1    **Russ Aaron Slothower**                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Michael D. O'Brien**                          Date    **June 27, 2023**
Signature of Attorney for Debtor                            MM / DD / YYYY

**Michael D. O'Brien**
Printed name

**Michael D. O'Brien & Associates, P.C.**
Firm name

**12909 SW 68th Parkway, Suite 160**
**Portland, OR 97223**
Number, Street, City, State & ZIP Code

Contact phone   **503-786-3800**                    Email address    **enc@pdxlegal.com**

**951056 OR**
Bar number & State

---

# United States Bankruptcy Court
## District of Oregon

In re   **Russ Aaron Slothower**                                      Case No. _____

                                                    Debtor(s)          Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ..................................    $         **8,662.00**

     Prior to the filing of this statement I have received .......................    $         **8,662.00**

     Balance Due ...............................................................................    $              **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
         reaffirmation agreements and applications as needed.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.
     Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 27, 2023**                                  **/s/ Michael D. O'Brien**
_Date_                                             **Michael D. O'Brien**
                                                   _Signature of Attorney_
                                                   **Michael D. O'Brien & Associates, P.C.**
                                                   **12909 SW 68th Parkway, Suite 160**
                                                   **Portland, OR 97223**
                                                   **503-786-3800  Fax: 503-272-7796**
                                                   **enc@pdxlegal.com**
                                                   _Name of law firm_

---

| Debtor 1 | **Russ Aaron Slothower** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  DISTRICT OF OREGON

Case number
(if known) _____

☐ Check if this is an
  amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $    750,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B....................................... | $    103,220.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................. | $    853,220.00 |

**Part 2:    Summarize Your Liabilities**

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    564,635.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    111,025.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    1,005,453.00 |
| | **Your total liabilities** | $    1,681,113.00 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................... | $    0.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $    5,505.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| Debtor 1 | **Russ Aaron Slothower** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

1.1

**14543 SE West Park Ct.**
Street address, if available, or other description

**Damascus**     **OR**     **97089-0000**
City     State     ZIP Code

**Clackamas**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $750,000.00 | $750,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..........................................................=>

$750,000.00

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Case 23-31403-thp7    Doc 1    Filed 06/28/23

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Ford** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1 Make: **Ford**
Model: **Ranger**
Year: **2001**
Approximate mileage: **200,000**
Other information:

> **Value based off of private party value on kbb.com VIN#7445**

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$3,340.00**
Current value of the portion you own? **$3,340.00**

---

3.2 Make: **Ford**
Model: **F350**
Year: **2005**
Approximate mileage: **100,000**
Other information:

> **Value based off of private party value on kbb.com VIN#6676**

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$4,865.00**
Current value of the portion you own? **$4,865.00**

---

3.3 Make: **Ford**
Model: **F250**
Year: **2003**
Approximate mileage: **100,000**
Other information:

> **Vlaue based off of private party value on kbb.com**

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$6,990.00**
Current value of the portion you own? **$6,990.00**

---

3.4 Make: **Ford**
Model: **F450**
Year: **2000**
Approximate mileage: **100,000**
Other information:

> **Value based off of private party value on kbb.com VIN#9108**

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$4,275.00**
Current value of the portion you own? **$4,275.00**

---

3.5 Make: **Dodge**
Model: **Ram 3500**
Year: **2018**
Approximate mileage: **40,000**
Other information:

> **Titled to Oasis Pool & Spa Service Inc VIN#1572**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
*(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$60,000.00**
Current value of the portion you own? **$60,000.00**

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| 3.6 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.6  Make: **Ford**
Model: **F450**
Year: **1999**
Approximate mileage: **200,000+**
Other information:

**Titled to Oasis Pool and Spa VIN#9957**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $5,000.00
**Current value of the portion you own?**  $5,000.00

---

3.7  Make: **Pontiac**
Model: **G5**
Year: **2008**
Approximate mileage: **130,000**
Other information:

**Value based off of kbb.com**

Who has an interest in the property? *Check one*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $3,170.00
**Current value of the portion you own?**  $3,170.00

---

3.8  Make: **Chevrolet**
Model: **3500 Box Van**
Year:
Approximate mileage:
Other information:

**Value based off of private party value on kbb.com**

Who has an interest in the property? *Check one*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $5,000.00
**Current value of the portion you own?**  $5,000.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1  Make: **Kawasaki**
Model: **250**
Year: **1998**
Other information:

**ATV is not running and needs work to bring back into running condition.
Titled to Third Party**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $500.00
**Current value of the portion you own?**  $500.00

---

4.2  Make: **Fleetwood**
Model: **Coronda RV**
Year: **1994**
Other information:

**Valued at JD Power**

Who has an interest in the property? *Check one*
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $5,000.00
**Current value of the portion you own?**  $5,000.00

---

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................=>   $98,140.00

**Part 3:**  Describe Your Personal and Household Items

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Misc Household Goods and Furnishings with no item worth more than 500.00 | $1,500.00 |
|---|---|

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Misc Electronics | $1,500.00 |
|---|---|

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| Misc sports/hobby gear and personal items | $1,000.00 |
|---|---|

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Misc Clothing | $800.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| Misc Jewelry | $200.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| | |
|---|---|
| **3 family dogs** | **$0.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   - ■ No
   - ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ **$5,000.00**

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   - ☐ No
   - ■ Yes.................................................................................................................

| | |
|---|---|
| **Misc Cash on Hand** | **$80.00** |

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   - ☐ No
   - ■ Yes....................... Institution name:

| | | Institution name | |
|---|---|---|---|
| 17.1. | **Checking** | **OnPoint CCU Account #7093** | **$0.00** |
| 17.2. | **Savings** | **OnPoint CCU Account #0001** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   - ■ No
   - ☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   - ☐ No
   - ■ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Business Interest in: Oasis Pool and Spa Services Inc. - entity is balance sheet insolvent and no longer operating** | **100** % | **$0.00** |
| **dba Oasis Pool and Spa Service - registered by Debtor in January 2016 and operated as a sole proprietorship until January 2021 when the entity was incorporated.** | **100** % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                                Type of account:            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......
    
    _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

Case 23-31403-thp7    Doc 1    Filed 06/28/23

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
          Company name:                        Beneficiary:                  Surrender or refund
                                                                              value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes.  Describe each claim.........

| |
|---|
| **Accounts Receivable owed by Oasis Pool and Spa Customers** |
| **Brett & Michele McGinnis**<br>**9229 SE Spyglass Dr.**<br>**Happy Valley OR 97086-0000** |
| **Frank Ha**<br>**13765 Cameo Ct.**<br>**Lake Oswego OR 97034-0000** |
| **Jaimee & Jeff Parson**<br>**17900 S Deininger Rd.**<br>**Oregon City OR 97045-0000** |
| **Joe & Beverly Martin**<br>**5912 NE 78th St.**<br>**Vancouver WA 98668-0000** |
| **John & Dina Diteman**<br>**19630 SW Edy Rd.**<br>**Sherwood OR 97140-0000** |
| **Nathaniel Crook**<br>**13571 SW Piper Terrace**<br>**Portland OR 97233-0000** |
| **Scott & Cindy Burg**<br>**18014 Skyland Cir.**<br>**Lake Oswego OR 97034-0000** |
| **Sue Austad**<br>**28600 S Meridian Rd.**<br>**Aurora OR 97002-0000** |

                                                                                        **Unknown**

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

Case 23-31403-thp7    Doc 1    Filed 06/28/23

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................................

| | **$80.00** |
|---|---|

---

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

---

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

---

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

| | **$0.00** |
|---|---|

---

**Part 8:**  List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................................... | | | **$750,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | | **$98,140.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | | **$5,000.00** | |
| 58. | **Part 4: Total financial assets, line 36** | | **$80.00** | |
| 59. | **Part 5: Total business-related property, line 45** | | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | | **$103,220.00** | Copy personal property total    **$103,220.00** |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62

| | **$853,220.00** |
|---|---|

| Debtor 1 | **Russ Aaron Slothower** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **14543 SE West Park Ct. Damascus, OR 97089 Clackamas County**<br>Line from *Schedule A/B*: **1.1** | $750,000.00 | ■ $40,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ORS §§ 18.395, 18.402 |
| **2001 Ford Ranger 200,000 miles Value based off of private party value on kbb.com VIN#7445**<br>Line from *Schedule A/B*: **3.1** | $3,340.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ORS § 18.345(1)(d) |
| **2001 Ford Ranger 200,000 miles Value based off of private party value on kbb.com VIN#7445**<br>Line from *Schedule A/B*: **3.1** | $3,340.00 | ■ $320.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ORS § 18.345(1)(p) |
| **2005 Ford F350 100,000 miles Value based off of private party value on kbb.com VIN#6676**<br>Line from *Schedule A/B*: **3.2** | $4,865.00 | ■ $4,865.00<br>☐ 100% of fair market value, up to any applicable statutory limit | ORS § 18.345(1)(c) |

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| Debtor 1 | **Russ Aaron Slothower** | | Case number (if known) | |
| --- | --- | --- | --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
| --- | --- | --- | --- | --- |
| **Misc Household Goods and Furnishings with no item worth more than 500.00**<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ | $1,500.00 | ORS § 18.345(1)(f) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc Electronics**<br>Line from *Schedule A/B*: **7.1** | $1,500.00 | ■ | $1,500.00 | ORS § 18.345(1)(f) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc sports/hobby gear and personal items**<br>Line from *Schedule A/B*: **9.1** | $1,000.00 | ■ | $600.00 | ORS § 18.345(1)(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc Clothing**<br>Line from *Schedule A/B*: **11.1** | $800.00 | ■ | $800.00 | ORS § 18.345(1)(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc Jewelry**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ | $200.00 | ORS § 18.345(1)(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc Cash on Hand**<br>Line from *Schedule A/B*: **16.1** | $80.00 | ■ | $80.00 | ORS § 18.345(1)(p) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: OnPoint CCU Account #7093**<br>Line from *Schedule A/B*: **17.1** | $0.00 | ■ | $0.00 | ORS § 18.345(1)(p) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Case 23-31403-thp7    Doc 1    Filed 06/28/23

**Fill in this information to identify your case:**

Debtor 1     **Russ Aaron Slothower**
          First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Clackamas County Tax Collector**<br>Creditor's Name<br><br>**Bankruptcy Department**<br>**150 Beaver Creek Road**<br>**Oregon City, OR 97045**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**14543 SE West Park Ct. Damascus, OR 97089  Clackamas County** | $1,700.00 | $750,000.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Property Taxes**

Date debt was incurred    **n/a**      Last 4 digits of account number    **4115**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

Debtor 1    **Russ Aaron Slothower**

First Name        Middle Name        Last Name

Case number (if known) _____

---

| 2.2 | **LoanCare.LLC** | Describe the property that secures the claim: | $477,000.00 | $750,000.00 | $0.00 |

Creditor's Name

> **14543 SE West Park Ct. Damascus, OR 97089  Clackamas County. Arrears = $27,000**

**Attn: Consumer Solutions Dept 3637 Sentara Way Virginia Beach, VA 23452**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **Opened 05/21  Last Active 6/14/22**

Last 4 digits of account number    **1611**

---

| 2.3 | **Oregon Community CU** | Describe the property that secures the claim: | $13,667.00 | $6,990.00 | $6,677.00 |

Creditor's Name

> **2003 Ford F250 100,000 miles Vlaue based off of private party value on kbb.com Arrears = $1250**

**Attn: Bankruptcy Department Po Box 77002 Springfield, OR 97475**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **Opened 11/21  Last Active 7/01/22**

Last 4 digits of account number    **3218**

---

| | | | | |
|---|---|---|---|---|
| **2.4** | **US Bank Equipment Finance** | Describe the property that secures the claim: | $72,268.00 | $60,000.00 | $12,268.00 |

Creditor's Name

> **2018 Dodge Ram 3500 40,000 miles**
> **Titled to Oasis Pool & Spa Service**
> **Inc**
> **VIN#1572**
> **Arrears = $7500**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

■ Disputed

**Bankruptcy Notice**
**1310 Madrid St., Ste. 101**
**Marshall, MN 56258**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

■ Other (including a right to offset)    Creditor is not named lien holder on Title

**Date debt was incurred**   5/22/2023      **Last 4 digits of account number**   3930

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $564,635.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $564,635.00 |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**Clackamas County Circuit Court**
**807 Main Street**
**Oregon City, OR 97045**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   **3930**

---

[ ]   Name, Number, Street, City, State & Zip Code
**Lakeview Loan Servicing**
**Bankruptcy Notice - Mortgage**
**4425 Ponce De Leon Blvd**
**Coral Gables, FL 33146**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**LoanCare. LLC**
**3637 Sentara Way**
**Virginia Beach, VA 23452**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Oregon Community CU**
**Pob 1493**
**Eugene, OR 97440**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Turnbull Born & Jones PLLC**
**Comerce Building, Ste. 1050**
**950 Pacific Ave.**
**Tacoma, WA 98402**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   **3930**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| | |
|---|---|
| Debtor 1 | **Russ Aaron Slothower** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **City of Portland** | Last 4 digits of account number  9136 | $265.00 | $265.00 | $0.00 |

Priority Creditor's Name
**c/ Office of Management & Finance**
**111 SW Columbia Street, Suite 600**
**Portland, OR 97201-5840**
Number Street City State Zip Code

When was the debt incurred?    2020

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Multnomah County / City of Portland combined Tax**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| 2.2 | **Clackamas County Code Compliance** | Last 4 digits of account number | n/a | $1,700.00 | $1,700.00 | $0.00 |

**Clackamas County Code Compliance**
Priority Creditor's Name
**c/o Office of County Counsel**
**2051 Kaen Road**
**Oregon City, OR 97045**
Number Street City State Zip Code

Last 4 digits of account number    n/a          $1,700.00          $1,700.00          $0.00

When was the debt incurred?    n/a

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

☐ Debtor 1 and Debtor 2 only      ☐ Unliquidated

☐ At least one of the debtors and another      ☐ Disputed

☐ **Check if this claim is for a community debt**      **Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**      ☐ Domestic support obligations

■ No      ■ Taxes and certain other debts you owe the government

☐ Yes      ☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Misc. Business Debt**

---

| 2.3 | **Department of Consumer & Business Svcs** | Last 4 digits of account number | 5187 | $9,920.00 | $9,920.00 | $0.00 |

**Department of Consumer & Business Svcs**
Priority Creditor's Name
**350 Winter Street NE #400**
**PO Box 14610**
**Salem, OR 97309-0445**
Number Street City State Zip Code

Last 4 digits of account number    5187          $9,920.00          $9,920.00          $0.00

When was the debt incurred?    **May 2020**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

☐ Debtor 1 and Debtor 2 only      ☐ Unliquidated

☐ At least one of the debtors and another      ☐ Disputed

☐ **Check if this claim is for a community debt**      **Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**      ☐ Domestic support obligations

■ No      ■ Taxes and certain other debts you owe the government

☐ Yes      ☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Noncomplying employer penalty**

---

| 2.4 | **Department of Consumer & Business Svcs** | Last 4 digits of account number | 3405 | $560.00 | $560.00 | $0.00 |

**Department of Consumer & Business Svcs**
Priority Creditor's Name
**350 Winter Street NE #400**
**PO Box 14610**
**Salem, OR 97309-0445**
Number Street City State Zip Code

Last 4 digits of account number    3405          $560.00          $560.00          $0.00

When was the debt incurred?    **2021**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

☐ Debtor 1 and Debtor 2 only      ☐ Unliquidated

☐ At least one of the debtors and another      ☐ Disputed

☐ **Check if this claim is for a community debt**      **Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**      ☐ Domestic support obligations

■ No      ■ Taxes and certain other debts you owe the government

☐ Yes      ☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Workers Benefit Assessment**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| 2.5 | **Department of Justice** | Last 4 digits of account number | **8361** | **$345.00** | **$345.00** | **$0.00** |
|---|---|---|---|---|---|---|

**Department of Justice**
Priority Creditor's Name
**Division of Child Support**
**Attn: Bankruptcy Unit**
**Salem, OR 97309**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?    **11/2020**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **Monthly Child Support Awarded to Leena A. Slothower**

---

| 2.6 | **Internal Revenue Service** | Last 4 digits of account number | **1570** | **$350.00** | **$350.00** | **$0.00** |
|---|---|---|---|---|---|---|

**Internal Revenue Service**
Priority Creditor's Name
**Bankruptcy Notices**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?    **2019**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **Personal Income Tax**

---

| 2.7 | **Jacob Hay** | Last 4 digits of account number | **n/a** | **$13,205.00** | **$13,205.00** | **$0.00** |
|---|---|---|---|---|---|---|

**Jacob Hay**
Priority Creditor's Name
**2045 Summer St. SE**
**Salem, OR 97302**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

When was the debt incurred?    **7/10/22 - 7/16/22**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify    **Wages, salaries, and commissions**
**Unpaid Payroll for 7/10/22 - 7/16/22**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| | |
|---|---|
| 2.8 | **Oregon Department Of Revenue** |

Last 4 digits of account number  **1570**       **$4,820.00**       **$4,820.00**       **$0.00**

Priority Creditor's Name
**Bankruptcy Notice Dept.**
**955 Center Street, NE**
**Salem, OR 97301-2555**
Number Street City State Zip Code

When was the debt incurred?    **2019 - 2021**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Personal Income Taxes**

| | |
|---|---|
| 2.9 | **Oregon Department Of Revenue** |

Last 4 digits of account number  **1570**       **$38,650.00**       **$38,650.00**       **$0.00**

Priority Creditor's Name
**Bankruptcy Notice Dept.**
**955 Center Street, NE**
**Salem, OR 97301-2555**
Number Street City State Zip Code

When was the debt incurred?    **2020 to present**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Withholding / Payroll Taxes**

| | |
|---|---|
| 2.1 0 | **Oregon Department Of Revenue** |

Last 4 digits of account number  **1570**       **$1,200.00**       **$1,200.00**       **$0.00**

Priority Creditor's Name
**Bankruptcy Notice Dept.**
**955 Center Street, NE**
**Salem, OR 97301-2555**
Number Street City State Zip Code

When was the debt incurred?    **2020**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Corporate Activity Tax**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| Debtor 1 | **Russ Aaron Slothower** | | Case number *(if known)* | | |
|---|---|---|---|---|---|

| 2.1 1 | **Oregon Employment Department** | Last 4 digits of account number | **4624** | **$17,000.00** | **$17,000.00** | **$0.00** |

Priority Creditor's Name
**Employer Taxes**
**875 Union Street NE, Room 107**
**Salem, OR 97311**
Number Street City State Zip Code

**When was the debt incurred?** **2018 - Present**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Employment Taxes**

---

| 2.1 2 | **Washington Dept of Labor and Industries** | Last 4 digits of account number | **9503** | **$3,010.00** | **$3,010.00** | **$0.00** |

Priority Creditor's Name
**PO Box 44171**
**Olympia, WA 98504**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Industrial Insurance**

---

| 2.1 3 | **Washington State Dept. Of Revenue** | Last 4 digits of account number | **n/a** | **$20,000.00** | **$20,000.00** | **$0.00** |

Priority Creditor's Name
**General Account Administration**
**PO Box 47476**
**Olympia, WA 98504-7464**
Number Street City State Zip Code

**When was the debt incurred?** **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Misc. Business Debt**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

Case 23-31403-thp7   Doc 1   Filed 06/28/23

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | Total claim |
|---|---|---|---|

**4.1** | **AAA Concrete Construction**
Nonpriority Creditor's Name
**4230 SE King Rd. #211**
**Portland, OR 97222**
Number Street City State Zip Code

Last 4 digits of account number    **Multiple Invoices**                     **$4,125.00**

When was the debt incurred?    **5/2022 - 7/2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**4.2** | **Aaron Tinkle**
Nonpriority Creditor's Name
**11618 S Northgate Ave.**
**Portland, OR 97219**
Number Street City State Zip Code

Last 4 digits of account number    **n/a**                                  **$7,185.00**

When was the debt incurred?    **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| 4.3 | **Ahmed Abuoun & Florina Pacala** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**13243 SE Taralon Drive**
**Clackamas, OR 97015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc Business Debt, Debtor not aware of personal guarantee**

---

| 4.4 | **Alice Terry** | Last 4 digits of account number **n/a** | **$13,300.00** |

Nonpriority Creditor's Name

**15417 NE 119th St.**
**Brush Prairie, WA 98606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **n/a**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.5 | **Alina Alward** | Last 4 digits of account number **n/a** | **$0.00** |

Nonpriority Creditor's Name

**3111 SE 300th Ave.**
**Washougal, WA 98671**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** **3/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Precautionary Notice**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| 4.6 | **Aly Musgrove** | Last 4 digits of account number | **n/a** | **$10,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**662 NW Melinda Ave.**
**Portland, OR 97210**

When was the debt incurred?   **n/a**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.7 | **American Leak Detection** | Last 4 digits of account number | **n/a** | **$400.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**199 Whitney Ave.**
**New Haven, CT 06511**

When was the debt incurred?   **n/a**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Misc. Business Debt**

---

| 4.8 | **AmTrust Financial** | Last 4 digits of account number | **3953** | **$22,018.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**800 Superior Ave. E**
**Cleveland, OH 44114**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| 4.9 | **Billy & Jamie Stimpson** | Last 4 digits of account number    **n/a** | **$6,155.00** |

Nonpriority Creditor's Name
**c/o Sokol Larkin**
**4380 S Macadam Ave, Ste. 530**
**Portland, OR 97239**

When was the debt incurred?    **n/a**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.10 | **Bodey DeNault** | Last 4 digits of account number    **n/a** | **$24,315.00** |

Nonpriority Creditor's Name
**5022 NW 199th St.**
**Ridgefield, WA 98642**

When was the debt incurred?    **n/a**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.11 | **Brandon Wentworth** | Last 4 digits of account number    **n/a** | **$10,899.00** |

Nonpriority Creditor's Name
**1200 Lake Garden Ct.**
**Lake Oswego, OR 97035**

When was the debt incurred?    **n/a**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| 4.1 2 | **Brett Klages** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**4478 Medina Ln.**
**Salem, OR 97317**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **n/a** _____

When was the debt incurred?   **n/a** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

**$25,350.00**

---

| 4.1 3 | **Brian Schmidt Builder** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Brian Schmidt**
**PO Box 1603**
**Lake Oswego, OR 97035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **n/a** _____

When was the debt incurred?   **n/a** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee; Judgment awarded in Clackmas County Case No. 22CV33784**

**$91,920.00**

---

| 4.1 4 | **Cadman Materials, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**300 JOHN E CARPENTER FWY**
**Irving, TX 75062**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **n/a** _____

When was the debt incurred?   **n/a** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Civil Case Pending awarded in Washington County Case No. 22CV39157**

**$44,625.00**

---

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| | |
|---|---|
| **4.1 5** | |

**Christine Portfors**
Nonpriority Creditor's Name
**22911 NE 42nd Ct.**
**Ridgefield, WA 98642**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **n/a**                                      **$5,000.00**

When was the debt incurred?    **12/2020**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Precautionary Notice**

---

| | |
|---|---|
| **4.1 6** | |

**Chuck and Marilyn Steinwandel**
Nonpriority Creditor's Name
**30700 SE Haley Rd**
**Boring, OR 97009**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____                                      **$24,000.00**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| | |
|---|---|
| **4.1 7** | |

**Clayton-Layton**
Nonpriority Creditor's Name
**5500 SW 190th Ave.**
**Beaverton, OR 97078**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **n/a**                                      **Unknown**

When was the debt incurred?    **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Precautionary Notice**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

Debtor 1    **Russ Aaron Slothower**                                    Case number *(if known)*

---

| 4.1 8 | **CNA Surety** | Last 4 digits of account number | **Multiple Claims** | **Unknown** |

Nonpriority Creditor's Name
**Western Surety Company**
**333 S Wabash, Floor 41**
**Chicago, IL 60604**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Misc. Business Debt for Contractos Bond, Debtor not aware of personal guarantee**

---

| 4.1 9 | **Colas Construction** | Last 4 digits of account number | **n/a** | **$14,800.00** |

Nonpriority Creditor's Name
**5525 SW Delker Rd.**
**Tualatin, OR 97062**

When was the debt incurred?    **n/a**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.2 0 | **Comcast Corporation** | Last 4 digits of account number | **n/a** | **$700.00** |

Nonpriority Creditor's Name
**Comcast Center**
**1701 JFK Boulevard**
**Philadelphia, PA 19103**

When was the debt incurred?    **n/a**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Misc. Consumer Debt**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| 4.2 1 | **Crystal Ridge Homes** | Last 4 digits of account number | **n/a** | **$0.00** |

**Crystal Ridge Homes**
Nonpriority Creditor's Name
**PO Box 1435**
**Oregon City, OR 97045**
Number Street City State Zip Code

Last 4 digits of account number    **n/a**

When was the debt incurred?    **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Precautionary Notice**

---

**$0.00**

---

| 4.2 2 | **Custom Concrete Construction** | | | **$13,000.00** |

**Custom Concrete Construction**
Nonpriority Creditor's Name
**17130 SW Seiffert Rd.**
**Sherwood, OR 97140**
Number Street City State Zip Code

Last 4 digits of account number    **n/a**

When was the debt incurred?    **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**$13,000.00**

---

| 4.2 3 | **D & H Flagging Inc** | | | **$4,325.00** |

**D & H Flagging Inc**
Nonpriority Creditor's Name
**1612 SE Holgate Blvd.**
**Portland, OR 97202**
Number Street City State Zip Code

Last 4 digits of account number    **n/a**

When was the debt incurred?    **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**$4,325.00**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| 4.2 4 | **Dana Gumringer** | Last 4 digits of account number | **n/a** | **$30,000.00** |

Nonpriority Creditor's Name
**10700 NW 169th Place**
**Battle Ground, WA 98604**

When was the debt incurred? **n/a**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.2 5 | **Eagle Pool Improvment LLC** | Last 4 digits of account number | **n/a** | **$37,858.00** |

Nonpriority Creditor's Name
**6789 SE Alberta St.**
**Portland, OR 97206**

When was the debt incurred? **n/a**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.2 6 | **Emily Sloan** | Last 4 digits of account number | **n/a** | **$8,900.00** |

Nonpriority Creditor's Name
**14857 S Sunterra Loop**
**Oregon City, OR 97045**

When was the debt incurred? **10/2021**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Misc. Business Debt, Debtor not aware of personal guarantee**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

**4.27**

**Eric Convery**
Nonpriority Creditor's Name
**17935 Lake Haven Dr.**
**Lake Oswego, OR 97035**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **n/a**                                    **$0.00**

When was the debt incurred?    **n/a**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Precautionary Notice**

---

**4.28**

**Faster Permits LLC**
Nonpriority Creditor's Name
**2000 SW 1st Ave #420**
**Portland, OR 97201**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **Multiple Invoices**                                    **$6,784.00**

When was the debt incurred?    **n/a**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**4.29**

**Genesis Electric NW LLC**
Nonpriority Creditor's Name
**16379 Trail View Dr**
**Oregon City, OR 97045**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **n/a**                                    **$10,686.00**

When was the debt incurred?    **n/a**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

---

**4.30**

**Gillespie**
Nonpriority Creditor's Name
**17600 S Holly Ln.**
**Lake Oswego, OR 97035**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number**   **n/a**                          **$7,435.00**

**When was the debt incurred?**   **n/a**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**4.31**

**Greg & Barbara Nichols**
Nonpriority Creditor's Name
**11594 SE Hazel Hill Rd.**
**Happy Valley, OR 97086**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number**   **n/a**                          **$4,080.00**

**When was the debt incurred?**   **n/a**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**4.32**

**Horizon**
Nonpriority Creditor's Name
**5214 S 30th St.**
**Phoenix, AZ 85040**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number**   **8271**                          **$420.00**

**When was the debt incurred?**   **n/a**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

---

**4.3 3**

**Isaac Edwards**

Nonpriority Creditor's Name

**7152 SE 13th Ave.**
**Portland, OR 97202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **n/a**           **$13,500.00**

**When was the debt incurred?**    **10/2021**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**4.3 4**

**Jamie & Mindi Dalke**

Nonpriority Creditor's Name

**6355 Nightlight Lane**
**Salem, OR 97317**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **n/a**           **Unknown**

**When was the debt incurred?**    **n/a**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Precautionary Notice**

---

**4.3 5**

**Jayn Parsons**

Nonpriority Creditor's Name

**35875 SW Bald Peak Rd**
**Hillsboro, OR 97123**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **n/a**           **$15,252.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.3 6 | | | |
|---|---|---|---|

**Jeff Harper**
Nonpriority Creditor's Name
**29902 SE 30th St.**
**Washougal, WA 98671**
Number Street City State Zip Code

Last 4 digits of account number **n/a** _____

When was the debt incurred? **n/a**

$0.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Precautionary Notice**

---

| 4.3 7 | | | |
|---|---|---|---|

**Jeremy & Amy Mitchell**
Nonpriority Creditor's Name
**7034 SW 83rd Ave.**
**Portland, OR 97223**
Number Street City State Zip Code

Last 4 digits of account number **n/a** _____

When was the debt incurred? **n/a**

$11,200.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.3 8 | | | |
|---|---|---|---|

**Jessica Hansen**
Nonpriority Creditor's Name
**4651 SW Homesteader Road**
**Wilsonville, OR 97070**
Number Street City State Zip Code

Last 4 digits of account number **n/a** _____

When was the debt incurred?

$21,064.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc Business Debt, Debtor not aware of personal guarantee**

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| 4.3 9 | **John & Leanne Leon** | Last 4 digits of account number | **n/a** | **$4,410.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3040 S Stonebridge Way**
**Lake Oswego, OR 97034**
Number Street City State Zip Code

When was the debt incurred?   **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another    *(filled)*

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.4 0 | **Johna Shivers** | Last 4 digits of account number | **n/a** | **$10,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6625 SW Sunridge Ct.**
**Tualatin, OR 97062**
Number Street City State Zip Code

When was the debt incurred?   **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.4 1 | **Jorge Hawk & Fallon Castro** | Last 4 digits of account number | **n/a** | **$8,668.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3623 NW McMaster Dr.**
**Camas, WA 98607**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?   **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| 4.4 2 | **Kelsey Williams** | Last 4 digits of account number **n/a** | **$25,000.00** |

**Kelsey Williams**
Nonpriority Creditor's Name
**5835 SW Black Berry Ln.**
**Tualatin, OR 97062**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **n/a**

When was the debt incurred? **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

**$25,000.00**

---

| 4.4 3 | **Kim Haakenson** | Last 4 digits of account number **n/a** | **$6,820.00** |

**Kim Haakenson**
Nonpriority Creditor's Name
**6730 NW Longbow Ln.**
**Camas, WA 98607**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **n/a**

When was the debt incurred? **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

**$6,820.00**

---

| 4.4 4 | **Knife River** | Last 4 digits of account number **n/a** | **$18,000.00** |

**Knife River**
Nonpriority Creditor's Name
**5700 NE Sundial**
**Troutdale, OR 97060**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number **n/a**

When was the debt incurred? **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Personally Guaranteed by Debtor**

**$18,000.00**

---

Case 23-31403-thp7   Doc 1   Filed 06/28/23

Debtor 1   **Russ Aaron Slothower**                          Case number *(if known)* _____

| | | |
|---|---|---|
| **4.45** | **Kris Hamper** | Last 4 digits of account number **n/a**   **$25,000.00** |

**Kris Hamper**
Nonpriority Creditor's Name
**610 Rosemont Rd.**
**West Linn, OR 97068**
Number Street City State Zip Code

Last 4 digits of account number   **n/a**

When was the debt incurred?   **n/a**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

$25,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**4.46**   **Kyle Rohner**
Nonpriority Creditor's Name
**2479 Marylview Ct.**
**Lake Oswego, OR 97034**
Number Street City State Zip Code

Last 4 digits of account number   **n/a**

When was the debt incurred?   **n/a**

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

$0.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Precautionary Notice**

---

**4.47**   **Lee Schwab Tire Center**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 5350**
**Bend, OR 97708**
Number Street City State Zip Code

Last 4 digits of account number   **8812**

When was the debt incurred?   **Opened 04/14  Last Active 6/28/22**

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

$1,708.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Consumer Debt**

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| | |
|---|---|
| **4.4 8** | |

**Lehigh Hanson Inc.**
Nonpriority Creditor's Name
**300 E John Carpenter Freeway #1645**
**Irving, TX 75062**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number    **3622**                    **$46,690.00**

When was the debt incurred?    **5/2022 - 6/2022**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Misc. Business Debt, Personally Guaranteed by Debtor**

---

| | |
|---|---|
| **4.4 9** | |

**Leslie Zagelow**
Nonpriority Creditor's Name
**12110 NW Sunningdale Dr.**
**Portland, OR 97229**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number    **3181**                    **$14,595.00**

When was the debt incurred?    **2/2022**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| | |
|---|---|
| **4.5 0** | |

**Levelset**
Nonpriority Creditor's Name
**1121 Josephine Street**
**New Orleans, LA 70130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number    **n/a**                    **$0.00**

When was the debt incurred?    **n/a**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Precautionary Notice**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| 4.5 1 | **LineScape Directional Boring LLC** | Last 4 digits of account number | **8077** | **$2,840.00** |

Nonpriority Creditor's Name
**19100 SW 51st Ave.**
**Tualatin, OR 97062**

When was the debt incurred?    **6/29/22**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.5 2 | **Locates Down Under Inc.** | Last 4 digits of account number | **n/a** | **$255.00** |

Nonpriority Creditor's Name
**16119 S Clackamas River Dr.**
**Oregon City, OR 97045**

When was the debt incurred?    **n/a**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.5 3 | **Masterflame Gas & Hearth** | Last 4 digits of account number | **n/a** | **$5,330.00** |

Nonpriority Creditor's Name
**c/o James Hoffman**
**PO Box 820130**
**Vancouver, WA 98682**

When was the debt incurred?    **n/a**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| | | |
|---|---|---|
| **4.5 4** | **Mcdowell Concrete LLC** | Last 4 digits of account number **n/a** _____ |

Nonpriority Creditor's Name
**1915 NE Stucki Ave., Ste. 308**
**Beaverton, OR 97006**
Number Street City State Zip Code

**$13,375.00**

When was the debt incurred? **n/a** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| | | |
|---|---|---|
| **4.5 5** | **Military Rd. Partners** | Last 4 digits of account number **n/a** _____ |

Nonpriority Creditor's Name
**11301 Military Rd.**
**Portland, OR 97219**
Number Street City State Zip Code

**Unknown**

When was the debt incurred? **n/a** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Precautionary Notice**

---

| | | |
|---|---|---|
| **4.5 6** | **Nina Cota** | Last 4 digits of account number **n/a** _____ |

Nonpriority Creditor's Name
**1409 NW 209th St.**
**Ridgefield, WA 98642**
Number Street City State Zip Code

**$0.00**

When was the debt incurred? **n/a** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Precautionary Notice**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| 4.5 7 | | | |
|---|---|---|---|

**Northwest Tree Specialists**
Nonpriority Creditor's Name
**8160 NE Mauzey Ct**
**Hillsboro, OR 97124**
Number City State Zip Code

Last 4 digits of account number    **n/a**            **$1,050.00**

When was the debt incurred?    **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

| 4.5 8 | | | |
|---|---|---|---|

**NW Craftsman**
Nonpriority Creditor's Name
**c/o Shane Nelson**
**11920 SE 158th Ave.**
**Happy Valley, OR 97086**
Number Street City State Zip Code

Last 4 digits of account number    **n/a**            **Unknown**

When was the debt incurred?    **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Precautionary Notice**

| 4.5 9 | | | |
|---|---|---|---|

**NW Natural**
Nonpriority Creditor's Name
**Bankruptcy Notice**
**250 SW Taylor St.**
**Portland, OR 97204**
Number Street City State Zip Code

Last 4 digits of account number    **n/a**            **$800.00**

When was the debt incurred?    **n/a**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

**4.60**

**Otten & Associates**
Nonpriority Creditor's Name
**3933 South Kelly Avenue, Suite B**
**Portland, OR 97239**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **n/a**                          **$6,200.00**

When was the debt incurred?    **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**4.61**

**Pacala Ahmed & Florina Abuoun**
Nonpriority Creditor's Name
**13243 SE Taralon Dr.**
**Happy Valley, OR 97015**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **n/a**                          **$7,580.00**

When was the debt incurred?    **1/2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**4.62**

**Palisade Homes LLC**
Nonpriority Creditor's Name
**16869 SW 65th Ave., SU 279**
**Lake Oswego, OR 97035**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **n/a**                          **$18,900.00**

When was the debt incurred?    **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee on Montagne Project**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| | |
|---|---|
| **4.6 3** | |

**Pamela Goldsmith**
Nonpriority Creditor's Name
**12135 SE Wilson Ave.**
**Damascus, OR 97089**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **n/a** _____    **$4,920.00**

**When was the debt incurred?**    **n/a** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| | |
|---|---|
| **4.6 4** | |

**Peter & Cathy Sparks**
Nonpriority Creditor's Name
**c/o Eric Knott Radius Design-Build, Inc.**
**5504 NE Skidmore St.**
**Portland, OR 97218**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1521** _____    **$16,250.00**

**When was the debt incurred?**    **11/2022** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| | |
|---|---|
| **4.6 5** | |

**PGE**
Nonpriority Creditor's Name
**PO Box 4438**
**Portland, OR 97208**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **n/a** _____    **$500.00**

**When was the debt incurred?**    **n/a** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| 4.6 6 | **Pioneer Rental** | Last 4 digits of account number | **Multiple Accounts** | **$21,162.00** |

Nonpriority Creditor's Name
**1141 Molalla Ave.**
**Oregon City, OR 97045**
Number Street City State Zip Code

When was the debt incurred?  **3/2022 - 6/2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.6 7 | **Rapid Soil Solutions Inc.** | Last 4 digits of account number | **n/a** | **Unknown** |

Nonpriority Creditor's Name
**3915 SW Plum St.**
**Portland, OR 97219**
Number Street City State Zip Code

When was the debt incurred?  **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.6 8 | **Reynolds Excavating & Development** | Last 4 digits of account number | **Multiple Invoices** | **$31,185.00** |

Nonpriority Creditor's Name
**c/o Denny Reynolds**
**43221 Se Music Camp Rd**
**Sandy, OR 97055**
Number Street City State Zip Code

When was the debt incurred?  **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Misc. Business Debt, Debtor not aware of personal guarantee**

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| 4.6 9 | **Robert Gowdy** | Last 4 digits of account number | **n/a** | **$20,000.00** |

**Robert Gowdy**
Nonpriority Creditor's Name
**6292 Evergreen Drive**
**West Linn, OR 97068**
Number Street City State Zip Code

Last 4 digits of account number     **n/a**           **$20,000.00**

When was the debt incurred?     **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Small Claims Judgment awarded in Clackamas County Case No. 22SC25138**

---

| 4.7 0 | **Sandi Papenfuhs** | | |

**Sandi Papenfuhs**
Nonpriority Creditor's Name
**30595 SW Laurelview Rd.**
**Hillsboro, OR 97123**
Number Street City State Zip Code

Last 4 digits of account number     **n/a**           **$20,720.00**

When was the debt incurred?     **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| 4.7 1 | **SavATree - Tree Service & Lawn Care** | | |

**SavATree - Tree Service & Lawn Care**
Nonpriority Creditor's Name
**9945 SE Oak St.**
**Portland, OR 97216**
Number Street City State Zip Code

Last 4 digits of account number     **n/a**           **Unknown**

When was the debt incurred?     **n/a**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt**

---

Debtor 1    **Russ Aaron Slothower**                    Case number (if known)  _____

<table>
<tr><td>4.7 2</td><td>**Scott & Cindy Burg**</td></tr>
</table>

**Scott & Cindy Burg**
Nonpriority Creditor's Name
**18014 Skyland Cir.**
**Lake Oswego, OR 97034**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **n/a** _____        **$0.00**

**When was the debt incurred?**    **n/a** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Precautionary Notice** _____

---

<table>
<tr><td>4.7 3</td><td>**Scott Johnston**</td></tr>
</table>

**Scott Johnston**
Nonpriority Creditor's Name
**15859 S Case Rd.**
**Oregon City, OR 97045**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **n/a** _____        **$0.00**

**When was the debt incurred?**    **n/a** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Precautionary Notice** _____

---

<table>
<tr><td>4.7 4</td><td>**SCP Distributors LLC**</td></tr>
</table>

**SCP Distributors LLC**
Nonpriority Creditor's Name
**8155 SE Deer Creek Ln., Suite D**
**Portland, OR 97222**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **n/a** _____        **$16,475.00**

**When was the debt incurred?**    **n/a** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt; Pending Clackamas County Case No. 23CV20922**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

Debtor 1    **Russ Aaron Slothower**                           Case number *(if known)* _____

---

**4.7 5**

**Seth Fortier, MD**
Nonpriority Creditor's Name
**1654 NW Christmas Tree Lane**
**Albany, OR 97321**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **n/a**                                   **$16,000.00**

When was the debt incurred?    **n/a**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**4.7 6**

**Stacy Steinwandel**
Nonpriority Creditor's Name
**30700 SE Haley Rd.**
**Boring, OR 97009**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **n/a**                                   **$25,112.00**

When was the debt incurred?    **n/a**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**4.7 7**

**Steve & Mary Shepard**
Nonpriority Creditor's Name
**14360 NW Valley View Lane**
**Portland, OR 97231**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **n/a**                                   **$11,000.00**

When was the debt incurred?    **n/a**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| Debtor 1 | **Russ Aaron Slothower** | | Case number (if known) | |

**4.78**

**Stoneridge Custom Homes**
Nonpriority Creditor's Name
**16805 Gassner Ln.**
**Lake Oswego, OR 97035**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **n/a**

When was the debt incurred? **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Precautionary Notice**

**Unknown**

---

**4.79**

**Sue Austad**
Nonpriority Creditor's Name
**28600 S Meridian Rd.**
**Aurora, OR 97002**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **n/a**

When was the debt incurred? **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Precautionary Notice**

**$0.00**

---

**4.80**

**Sunrise Water Authority**
Nonpriority Creditor's Name
**10602 SE 129th Ave**
**Happy Valley, OR 97086**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **n/a**

When was the debt incurred? **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Misc. Business Debt**

**$300.00**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

---

**4.8 1**

**Superior Pool Covers, Inc.**
Nonpriority Creditor's Name
**416 S Beavercreek Rd #803**
**Oregon City, OR 97045**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **n/a**            **$63,777.00**

**When was the debt incurred?**   **n/a**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Business Debt, Debtor not aware of personal guarantee**

---

**4.8 2**

**T-Mobile Wireless**
Nonpriority Creditor's Name
**Bankruptcy/Legal Team**
**12920 SE 38th St.**
**Bellevue, WA 98006**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **n/a**            **$300.00**

**When was the debt incurred?**   **n/a**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Consumer Debt**

---

**4.8 3**

**Teal Point Custom Homes**
Nonpriority Creditor's Name
**PO Box 227**
**Lake Oswego, OR 97034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **Multiple Accounts**        **$5,000.00**

**When was the debt incurred?**   **n/a**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Precautionary Notice**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| | |
|---|---|
| **4.8 4** | |

**Tesla, Inc.**
Nonpriority Creditor's Name
**3500 Deer Creek Road**
**Palo Alto, CA 94304**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **n/a**                    $600.00

When was the debt incurred?    **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Solar Panels**

---

| | |
|---|---|
| **4.8 5** | |

**Tessa Gold**
Nonpriority Creditor's Name
**c/o Buckley Law PC**
**5300 Meadows  Road, Ste. 200**
**Lake Oswego, OR 97035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **n/a**                    $11,025.00

When was the debt incurred?    **2021**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| | |
|---|---|
| **4.8 6** | |

**Trent Doman, CPA**
Nonpriority Creditor's Name
**19860 SE Hwy 212**
**Damascus, OR 97089**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **n/a**                    $1,510.00

When was the debt incurred?    **n/a**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| | |
|---|---|
| 4.8 7 | **United Rentals (North America), Inc.** |

Nonpriority Creditor's Name
**100 First Stamford Place, Ste. 700**
**Stamford, CT 06902**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **n/a**                                    **$6,466.00**

When was the debt incurred?    **n/a**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

| | |
|---|---|
| 4.8 8 | **US Bank/RMS** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 5229**
**Cincinnati, OH 45201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **Multiple Accounts**                                    **$3,429.00**

When was the debt incurred?    **Opened 08/16  Last Active 6/10/22**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt**

---

| | |
|---|---|
| 4.8 9 | **US Bank/RMS** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 5229**
**Cincinnati, OH 45201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **Multiple Accounts**                                    **$23,205.00**

When was the debt incurred?    **n/a**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Misc. Business Debt, Debtor not aware of personal guarantee**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

**4.90**

| | | |
|---|---|---|
| **Wade Willers** | **Last 4 digits of account number**   **n/a** | **$0.00** |
| Nonpriority Creditor's Name | | |
| **7625 SW 87th Ave.** | **When was the debt incurred?**   **n/a** | |
| **Portland, OR 97223** | | |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                            ☐ Contingent

☐ Debtor 2 only                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only         ☐ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                          ■ Other. Specify   **Precautionary Notice**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Apelles** | Line **4.88** of *(Check one):* |
| **3700 Corporate Drive, #240** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Columbus, OH 43231** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Buckley Law** | Line **4.85** of *(Check one):* |
| **Bankruptcy Notices** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **5300 Meadows Rd., Suite 200** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Lake Oswego, OR 97035** | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ciporen** | Line **4.13** of *(Check one):* |
| **13777 Cameo Ct.** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Lake Oswego, OR 97034** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **City Of Portland** | Line **2.1** of *(Check one):* |
| **Office Of City Attorney** | ■ Part 1: Creditors with Priority Unsecured Claims |
| **1221 SW Fourth Avenue, Room 430** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Portland, OR 97204** | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Clackamas County Circuit Court** | Line **4.69** of *(Check one):* |
| **807 Main Street** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Oregon City, OR 97045** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **CNA Surety** | Line **4.18** of *(Check one):* |
| **Western Surety Company** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **101 S Reid St.** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Sioux Falls, SD 57103** | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Colas Construction** | Line **4.19** of *(Check one):* |
| **1419 NW 14th Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Portland, OR 97209** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Cosgrave Vergeer Kester LLP**<br>**900 SW 5th Ave, 24th Floor**<br>**Portland, OR 97204** | Line **4.39** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Crystal Ridge Homes**<br>**18343 S Bogynski Rd.**<br>**Oregon City, OR 97045** | Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Crystal Ridge Homes**<br>**20868 S Vista Dellago Ct.**<br>**Oregon City, OR 97045** | Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **D&H Flagging Inc**<br>**1621 SE Pardee**<br>**Portland, OR 97202** | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Davis Galm Law Firm**<br>**12220 SW First Street**<br>**Beaverton, OR 97005** | Line **4.74** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ellen F. Rosenblum,  Attorney**<br>**General**<br>**100 Justice Building**<br>**1162 Court St. NE**<br>**Salem, OR 97310** | Line **2.8** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ellen F. Rosenblum,  Attorney**<br>**General**<br>**100 Justice Building**<br>**1162 Court St. NE**<br>**Salem, OR 97310** | Line **2.9** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ellen F. Rosenblum,  Attorney**<br>**General**<br>**100 Justice Building**<br>**1162 Court St. NE**<br>**Salem, OR 97310** | Line **2.10** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Keith Ciminski**<br>**16379 Trailview Dr.**<br>**Oregon City, OR 97045** | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Kip Childs**<br>**Attorney at Law**<br>**1800 Blakenship Road #200**<br>**West Linn, OR 97068** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Lee Schwab Tire Center**<br>**20900 Cooley Road**<br>**Bend, OR 97701** | Line **4.47** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Lehigh Hanson Inc.**<br>**15620 COLLECTION CENTER DRIVE**<br>**Chicago, IL 60693** | Line **4.48** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Levelset**<br>**807 Brazos St #901**<br>**Austin, TX 78701** | Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Miller Nash LLP**<br>**111 SW Fifth Ave., Ste. 3400**<br>**Portland, OR 97204** | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **NACM Commercial Svcs.**<br>**606 N. Pines Rd., Suite 102**<br>**Spokane, WA 99206** | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Nelson Project**<br>**12812 Goodall Rd.**<br>**Lake Oswego, OR 97034** | Line **4.58** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Palisade homes - Montague Project**<br>**16365 NE Eilers Rd.**<br>**Aurora, OR 97002** | Line **4.62** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Pool Corp.**<br>**18201 N 25th Ave. Ste. C1**<br>**Phoenix, AZ 85023** | Line **4.74** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Professional Credit Service**<br>**Bankruptcy Notices**<br>**PO Box 7548**<br>**Springfield, OR 97475** | Line **2.3** of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Professional Credit Service**<br>**Bankruptcy Notices**<br>**PO Box 7548**<br>**Springfield, OR 97475** | Line **2.4** of (Check one):<br>☒ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RMC**<br>**400 West Cummings Park, Ste. 4450**<br>**Woburn, MA 01801** | Line **4.87** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Savatree** | Line **4.57** of (Check one): |

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| Debtor 1 | **Russ Aaron Slothower** | Case number (if known) | |
|---|---|---|---|

**c/o CT Corporation System**
**780 Commercial St. SE, Ste. 100**
**Salem, OR 97301**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**Sparks Project**
**17660 S Wayside Ln.**
**Lake Oswego, OR 97034**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.64** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**Tucker Albin & Associates**
**1702 N Collins Blvd., Ste. 100**
**Richardson, TX 75080**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.66** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**US Bank Equipment Finance**
**Bankruptcy Notice**
**1310 Madrid St., Ste. 101**
**Marshall, MN 56258**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.88** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**US Bank/RMS**
**Cb Disputes**
**Saint Louis, MO 63166**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.88** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**William R Joseph**
**Dunn Carney LLP**
**851 SW 6th Ave Ste 1500**
**Portland, OR 97204**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 345.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 97,475.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 13,205.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 111,025.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,005,453.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,005,453.00 |

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| | |
|---|---|
| Debtor 1 | **Russ Aaron Slothower** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| 2.2 | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| 2.3 | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| 2.4 | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |
| 2.5 | |
| Name | |
| Number    Street | |
| City      State      ZIP Code | |

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| Debtor 1 | **Russ Aaron Slothower** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H
# Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Leena A. Slothower**<br>**12528 SE Andorra Ave**<br>**Happy Valley, OR 97086**<br>**Ex-Wife** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.5**___<br>☐ Schedule G _____<br>**Department of Justice** |
| 3.2 | **Leena A. Slothower**<br>**12528 SE Andorra Ave**<br>**Happy Valley, OR 97086** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.6**___<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.3 | **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.23**___<br>☐ Schedule G _____<br>**D & H Flagging Inc** |

Case 23-31403-thp7     Doc 1     Filed 06/28/23

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4   **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.1**__
☐ Schedule G _____
**AAA Concrete Construction**

---

3.5   **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.3**__
☐ Schedule G _____
**Ahmed Abuoun & Florina Pacala**

---

3.6   **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.10**__
☐ Schedule G _____
**Bodey DeNault**

---

3.7   **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.13**__
☐ Schedule G _____
**Brian Schmidt Builder**

---

3.8   **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.15**__
☐ Schedule G _____
**Christine Portfors**

---

3.9   **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.16**__
☐ Schedule G _____
**Chuck and Marilyn Steinwandel**

---

3.10   **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.22**__
☐ Schedule G _____
**Custom Concrete Construction**

---

3.11   **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.26**__
☐ Schedule G _____
**Emily Sloan**

---

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.33**__<br>☐ Schedule G _____<br>**Isaac Edwards** |
| 3.13 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**Jayn Parsons** |
| 3.14 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**Jessica Hansen** |
| 3.15 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.49**__<br>☐ Schedule G _____<br>**Leslie Zagelow** |
| 3.16 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.58**__<br>☐ Schedule G _____<br>**NW Craftsman** |
| 3.17 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.66**__<br>☐ Schedule G _____<br>**Pioneer Rental** |
| 3.18 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.68**__<br>☐ Schedule G _____<br>**Reynolds Excavating & Development** |
| 3.19 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.75**__<br>☐ Schedule G _____<br>**Seth Fortier, MD** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.20  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**Faster Permits LLC**

3.21  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Genesis Electric NW LLC**

3.22  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.53**___
☐ Schedule G _____
**Masterflame Gas & Hearth**

3.23  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.52**___
☐ Schedule G _____
**Locates Down Under Inc.**

3.24  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.50**___
☐ Schedule G _____
**Levelset**

3.25  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.54**___
☐ Schedule G _____
**Mcdowell Concrete LLC**

3.26  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.57**___
☐ Schedule G _____
**Northwest Tree Specialists**

3.27  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.60**___
☐ Schedule G _____
**Otten & Associates**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.89**__<br>☐ Schedule G _____<br>**US Bank/RMS** |
| 3.29   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.88**__<br>☐ Schedule G _____<br>**US Bank/RMS** |
| 3.30   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.81**__<br>☐ Schedule G _____<br>**Superior Pool Covers, Inc.** |
| 3.31   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.86**__<br>☐ Schedule G _____<br>**Trent Doman, CPA** |
| 3.32   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**2.9**__<br>☐ Schedule G _____<br>**Oregon Department Of Revenue** |
| 3.33   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**2.11**__<br>☐ Schedule G _____<br>**Oregon Employment Department** |
| 3.34   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**Aaron Tinkle** |
| 3.35   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.4**__<br>☐ Schedule G _____<br>**Alice Terry** |

Case 23-31403-thp7    Doc 1    Filed 06/28/23

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.36  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.5**___
☐ Schedule G _____
**Alina Alward**

---

3.37  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.6**___
☐ Schedule G _____
**Aly Musgrove**

---

3.38  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.9**___
☐ Schedule G _____
**Billy & Jamie Stimpson**

---

3.39  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.11**___
☐ Schedule G _____
**Brandon Wentworth**

---

3.40  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.12**___
☐ Schedule G _____
**Brett Klages**

---

3.41  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Clayton-Layton**

---

3.42  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**CNA Surety**

---

3.43  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**Colas Construction**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|

**Additional Page to List More Codebtors**

3.44  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.21**
☐ Schedule G _____
**Crystal Ridge Homes**

3.45  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.24**
☐ Schedule G _____
**Dana Gumringer**

3.46  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.25**
☐ Schedule G _____
**Eagle Pool Improvment LLC**

3.47  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.27**
☐ Schedule G _____
**Eric Convery**

3.48  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.30**
☐ Schedule G _____
**Gillespie**

3.49  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.31**
☐ Schedule G _____
**Greg & Barbara Nichols**

3.50  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.34**
☐ Schedule G _____
**Jamie & Mindi Dalke**

3.51  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.36**
☐ Schedule G _____
**Jeff Harper**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.37___<br>☐ Schedule G _____<br>**Jeremy & Amy Mitchell** |
| 3.53   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>**John & Leanne Leon** |
| 3.54   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.39___<br>☐ Schedule G _____<br>**John & Leanne Leon** |
| 3.55   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.40___<br>☐ Schedule G _____<br>**Johna  Shivers** |
| 3.56   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>**Jorge Hawk & Fallon Castro** |
| 3.57   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.42___<br>☐ Schedule G _____<br>**Kelsey Williams** |
| 3.58   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>**Kim Haakenson** |
| 3.59   **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>**Knife River** |

Case 23-31403-thp7    Doc 1    Filed 06/28/23

◼ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.60 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
◼ Schedule E/F, line __**4.45**__
☐ Schedule G _____
**Kris Hamper**

3.61 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
◼ Schedule E/F, line __**4.46**__
☐ Schedule G _____
**Kyle Rohner**

3.62 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
◼ Schedule E/F, line __**4.48**__
☐ Schedule G _____
**Lehigh Hanson Inc.**

3.63 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
◼ Schedule E/F, line __**4.49**__
☐ Schedule G _____
**Leslie Zagelow**

3.64 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
◼ Schedule E/F, line __**4.50**__
☐ Schedule G _____
**Levelset**

3.65 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
◼ Schedule E/F, line __**4.51**__
☐ Schedule G _____
**LineScape Directional Boring LLC**

3.66 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
◼ Schedule E/F, line __**4.52**__
☐ Schedule G _____
**Locates Down Under Inc.**

3.67 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
◼ Schedule E/F, line __**4.53**__
☐ Schedule G _____
**Masterflame Gas & Hearth**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.68  **Oasis Pool & Spa Service Inc.**
      **14543 SE West Park Ct.**
      **Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.54**___
☐ Schedule G _____
**Mcdowell Concrete LLC**

---

3.69  **Oasis Pool & Spa Service Inc.**
      **14543 SE West Park Ct.**
      **Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.55**___
☐ Schedule G _____
**Military Rd. Partners**

---

3.70  **Oasis Pool & Spa Service Inc.**
      **14543 SE West Park Ct.**
      **Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.56**___
☐ Schedule G _____
**Nina Cota**

---

3.71  **Oasis Pool & Spa Service Inc.**
      **14543 SE West Park Ct.**
      **Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.57**___
☐ Schedule G _____
**Northwest Tree Specialists**

---

3.72  **Oasis Pool & Spa Service Inc.**
      **14543 SE West Park Ct.**
      **Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.58**___
☐ Schedule G _____
**NW Craftsman**

---

3.73  **Oasis Pool & Spa Service Inc.**
      **14543 SE West Park Ct.**
      **Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.8**___
☐ Schedule G _____
**Oregon Department Of Revenue**

---

3.74  **Oasis Pool & Spa Service Inc.**
      **14543 SE West Park Ct.**
      **Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.9**___
☐ Schedule G _____
**Oregon Department Of Revenue**

---

3.75  **Oasis Pool & Spa Service Inc.**
      **14543 SE West Park Ct.**
      **Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line ___**2.10**___
☐ Schedule G _____
**Oregon Department Of Revenue**

---

Case 23-31403-thp7    Doc 1    Filed 06/28/23

▆▆▆▆  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.76  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __2.11__
☐ Schedule G _____
**Oregon Employment Department**

3.77  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.60__
☐ Schedule G _____
**Otten & Associates**

3.78  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.61__
☐ Schedule G _____
**Pacala Ahmed & Florina Abuoun**

3.79  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.62__
☐ Schedule G _____
**Palisade Homes LLC**

3.80  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.63__
☐ Schedule G _____
**Pamela Goldsmith**

3.81  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __2.7__
☐ Schedule G _____
**Jacob Hay**

3.82  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.64__
☐ Schedule G _____
**Peter & Cathy Sparks**

3.83  **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.66__
☐ Schedule G _____
**Pioneer Rental**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.84 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.67**__<br>☐ Schedule G _____<br>**Rapid Soil Solutions Inc.** |
| 3.85 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.68**__<br>☐ Schedule G _____<br>**Reynolds Excavating & Development** |
| 3.86 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.69**__<br>☐ Schedule G _____<br>**Robert Gowdy** |
| 3.87 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.70**__<br>☐ Schedule G _____<br>**Sandi Papenfuhs** |
| 3.88 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.71**__<br>☐ Schedule G _____<br>**SavATree - Tree Service & Lawn Care** |
| 3.89 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.72**__<br>☐ Schedule G _____<br>**Scott & Cindy Burg** |
| 3.90 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.73**__<br>☐ Schedule G _____<br>**Scott Johnston** |
| 3.91 **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.74**__<br>☐ Schedule G _____<br>**SCP Distributors LLC** |

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.92 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.75__
☐ Schedule G _____
**Seth Fortier, MD**

3.93 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.76__
☐ Schedule G _____
**Stacy Steinwandel**

3.94 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.77__
☐ Schedule G _____
**Steve & Mary Shepard**

3.95 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.78__
☐ Schedule G _____
**Stoneridge Custom Homes**

3.96 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.79__
☐ Schedule G _____
**Sue Austad**

3.97 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.81__
☐ Schedule G _____
**Superior Pool Covers, Inc.**

3.98 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.83__
☐ Schedule G _____
**Teal Point Custom Homes**

3.99 **Oasis Pool & Spa Service Inc.**
**14543 SE West Park Ct.**
**Damascus, OR 97089**

☐ Schedule D, line _____
■ Schedule E/F, line __4.85__
☐ Schedule G _____
**Tessa Gold**

Case 23-31403-thp7   Doc 1   Filed 06/28/23

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10<br>0    **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.87**__<br>☐ Schedule G _____<br>**United Rentals (North America), Inc.**

3.10<br>1    **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089**

■ Schedule D, line __**2.4**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**US Bank Equipment Finance**

3.10<br>2    **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.88**__<br>☐ Schedule G _____<br>**US Bank/RMS**

3.10<br>3    **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.89**__<br>☐ Schedule G _____<br>**US Bank/RMS**

3.10<br>4    **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.90**__<br>☐ Schedule G _____<br>**Wade Willers**

3.10<br>5    **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**2.12**__<br>☐ Schedule G _____<br>**Washington Dept of Labor and Industries**

3.10<br>6    **Oasis Pool & Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**2.13**__<br>☐ Schedule G _____<br>**Washington State Dept. Of Revenue**

Case 23-31403-thp7    Doc 1    Filed 06/28/23

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Russ Aaron Slothower** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed <br> ■ Not employed | ☐ Employed <br> ☐ Not employed |
| | **Occupation** | **Unemployed** | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

**Part 2:**     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $    0.00 | $    N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$    0.00 | +$    N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $    0.00 | $    N/A |

Case 23-31403-thp7     Doc 1     Filed 06/28/23

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ N/A |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| | 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| | 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| | 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 | + $ N/A |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| | 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $ N/A |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ N/A |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + | $ N/A = $ 0.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____        11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies        12. $ 0.00

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: **Debtor can re-apply for unemployment benefits after July 2023**

Case 23-31403-thp7   Doc 1   Filed 06/28/23

Debtor 1     **Russ Aaron Slothower**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
    13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Your Household**

1.   **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**    ☐ No

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| Do not list Debtor 1 and Debtor 2.    ■ Yes. Fill out this information for each dependent.............. | | | |
| | Daughter | 17 | ☐ No   ■ Yes |
| Do not state the dependents names. | Daughter | 19 | ☐ No   ■ Yes |
| | _____ | _____ | ☐ No   ☐ Yes |
| | _____ | _____ | ☐ No   ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No   ☐ Yes

**Part 2:**    **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,995.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **380.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **95.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **310.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **800.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **50.00** |
| 10. | **Personal care products and services** | | 10. $ | **50.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **125.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **450.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify:   **Pet Expenses** | | 21. +$ | **50.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **5,505.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **5,505.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **0.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **5,505.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-5,505.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☐ No.

   ■ Yes.     Explain here: **Debtor will be moving out of his house and living in the RV full time.**

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| | | | |
|---|---|---|---|
| Debtor 1 | **Russ Aaron Slothower** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Russ Aaron Slothower** | X |
|---|---|
| **Russ Aaron Slothower** | |
| Signature of Debtor 1 | Signature of Debtor 2 |

Date **June 27, 2023**          Date _____

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| Debtor 1 | **Russ Aaron Slothower** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number
(if known) _____

☐ Check if this is an
    amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | **$0.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $52,499.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $52,406.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Unemployment Benefits** | $14,000.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2022 ) | **Unemployment Benefits** | $3,000.00 | | |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

         During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

         ■ No.   Go to line 7.
         ☐ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
         * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
         During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

         ☐ No.   Go to line 7.
         ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Case 23-31403-thp7   Doc 1   Filed 06/28/23

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
|  |  |  |  |  |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Assured Shotcrete Corporation vs Russ Slothower** **20CV10199** | **Breach of Contract** | **Clackamas County Circuit Court** **807 Main Street** **Oregon City, OR 97045** | ☐ Pending ☐ On appeal ■ Concluded **Dismissed** |
| **Russ Aaron Slothower vs Leena Alice Slothower** **19DR18361** | **Dissolution of Marriage** | **Clackamas County Circuit Court** **807 Main Street** **Oregon City, OR 97045** | ☐ Pending ☐ On appeal ■ Concluded **Judgment of Dissolution** |
| **US Bank v. Oasis Pool and Slothower** **23CV13930** | **Collections** | **Clackamas County Circuit Court** **807 Main Street** **Oregon City, OR 97045** | ☐ Pending ☐ On appeal ■ Concluded |
| **Cadman Materials v. Slothower et al.** **22CV39157** | **Lien Foreclosure** | **Washington County Circuit Court** **150 NE 1st Avenue** **Hillsboro, OR 97124** | ■ Pending ☐ On appeal ☐ Concluded |
| **Brian Schmidt Builder v. Slothower** **22CV33784** | **Breach of Contract** | **Clackamas County Circuit Court** **807 Main Street** **Oregon City, OR 97045** | ☐ Pending ☐ On appeal ■ Concluded **Judgment - Plaintiff** |

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Gowdy v. Slothower et al. 22SC25138** | **Breach of Contract** | **Clackamas County Circuit Court 807 Main Street Oregon City, OR 97045** | ☐ Pending ☐ On appeal ■ Concluded **Judgment - Plaintiff** |
| **Fortier v. Slothower 22SC20743** | **Breach of Contract** | **Linn County Circuit Court** | ☐ Pending ☐ On appeal ■ Concluded **Judgment - Plaintiff** |
| **SCP Distributors, LLC vs Russ A. Slothower, Russ A. Slothower 23CV20922** | **Breach of Contract** | **Clackamas County Circuit Court 807 Main Street Oregon City, OR 97045** | ■ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Oregon Department Of Revenue Bankruptcy Notice Dept. 955 Center Street, NE Salem, OR 97301-2555** | **Funds garnished** ☐ Property was repossessed. ☐ Property was foreclosed. ■ Property was garnished. ☐ Property was attached, seized or levied. | **6/17/22 & 1/2023** | **$1,500.00** |
| **Brian Schmidt Builder c/o Brian Schmidt PO Box 1603 Lake Oswego, OR 97035** | **Deposit Accounts** ☐ Property was repossessed. ☐ Property was foreclosed. ■ Property was garnished. ☐ Property was attached, seized or levied. | **3/24/2023** | **$65.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

Case 23-31403-thp7    Doc 1    Filed 06/28/23

**Part 5:**    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

**Part 6:**    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 7:**    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Michael D. O'Brien, & Associates, P.C.<br>12909 SW 68th Parkway, Suite 160<br>Portland, OR 97223<br>pdxlegal.com | $3662.00 in cash<br>2005 Dodge Truck with 180k miles valued at $5000.00 | Prior to Filing | $8,662.00 |
| Cricket Debt Counseling<br>2019 SW Stark Street, Suite 200<br>Portland, OR 97204<br>Michael D. O'Brien & Associates, P.C. | Money | Prior to filing | $24.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

Case 23-31403-thp7    Doc 1    Filed 06/28/23

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| LoanCare. LLC<br>Attn: Consumer Solutions Dept<br>3637 Sentara Way<br>Virginia Beach, VA 23452<br><br>None | Proceeds from 14543 SE West Park Ct., Damascus OR 97089 and title vested in Debtor name only | Refinance of real property to secure title in Debtor name only and pay Ex-Spouse her equalizing judgment from Judgment of Dissolution of Marriage | 5/2021 |
| Leena A. Slothower<br>12528 SE Andorra Ave<br>Happy Valley, OR 97086<br><br>Ex-Wife | 1998 Hummer H1 transferred to Ex-wife per Divorce Decree | $0.00 | 1/2021 |
| Leena A. Slothower<br>12528 SE Andorra Ave<br>Happy Valley, OR 97086<br><br>Ex-Wife | 1968 Chevy Camero transferred to Ex-wife per Divorce Decree | $0.00 | 1/2021 |
| Leena A. Slothower<br>12528 SE Andorra Ave<br>Happy Valley, OR 97086<br><br>Ex-Wife | 2014 Kia Forte  transferred to Ex-wife per Divorce Decree | $0.00 | 1/2021 |
| Leena A. Slothower<br>12528 SE Andorra Ave<br>Happy Valley, OR 97086<br><br>Ex-Wife | Debtor trasferred $6,500.00 to ex-wife to get her into her own place and set up utilities | None | 1/2021 |
| Thrid Party<br><br>None | AG 20 gauge shotgun, Ruger 223, Savage 22mm, DPMS AR15, Barretta Handgun 40 Caliber with total value of $1,250.00 | $1000 | 5/2023 |
| Jocelyn Slothower<br>14543 SE West Park Ct.<br>Damascus, OR 97089<br><br>Daughter | Debtor was co-owner of 2015 Ford Fusion with his Daughter. Vehicle awarded to Daughter pursuant to Dissolution of Marriage but to be titled in Debtor's name only until her 18th birthday. VIN#6989 | None | 5/2023 |

Case 23-31403-thp7    Doc 1    Filed 06/28/23

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☐ No
- ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **US Bank** | **XXXX-1323** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Custodial Minor Account - none of Debtor's money was deposited into account** | **2022 - Closed by minor daughter** | **Unknown** |
| **Cash App Stocks** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Online Brokerage Account** | **Account lost money (approx. $1000) and was liquidated by Debtor with about $200 left** | **$200.00** |
| **Primerica Life Insurance** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other__ | **1/2023 was cancelled** | **$0.00** |
| **US Bank**<br>**Bankruptcy Notice Department**<br>**PO Box 5229**<br>**Cincinnati, OH 45201-5229** | **XXXX-9458** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **End of 2022 or early 2023** | **$0.00** |
| **US Bank**<br>**Bankruptcy Notice Department**<br>**PO Box 5229**<br>**Cincinnati, OH 45201-5229** | **XXXX-9441** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **End of 2022 or early 2023** | **$0.00** |

Case 23-31403-thp7     Doc 1     Filed 06/28/23

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Case 23-31403-thp7    Doc 1    Filed 06/28/23

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Oasis Pool and Spa Service Inc.**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | **Pool and Spa Construction**<br><br>**CPA = Trent Doman**<br>**Bookkeeper - Christina Carpenter,**<br>**503-303-3590 or 949-606-6286** | EIN:      **86-1777033**<br><br>From-To  **2020 - 2022** |
| **Oasis Pool & Spa Service**<br>**14543 SE West Park Ct.**<br>**Damascus, OR 97089** | **Pool and Spa Construction**<br><br>**CPA = Trent Doman**<br>**Bookkeeper - Christina Carpenter,**<br>**503-303-3590 or 949-606-6286** | EIN:      **82-0771819**<br><br>From-To  **2016 - 2021** |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ **No**
■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **LoanCare. LLC**<br>**Attn: Consumer Solutions Dept**<br>**3637 Sentara Way**<br>**Virginia Beach, VA 23452** | **2021 for Refinance of House** |
| **US Bank Equipment Finance**<br>**Bankruptcy Notice**<br>**1310 Madrid St., Ste. 101**<br>**Marshall, MN 56258** | **6/2021** |

Case 23-31403-thp7    Doc 1    Filed 06/28/23

Debtor 1    **Russ Aaron Slothower**                                    Case number *(if known)* _____

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Russ Aaron Slothower**
_____            _____
**Russ Aaron Slothower**                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **June 27, 2023**
_____            Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| Debtor 1 | **Russ Aaron Slothower** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7
12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Clackamas County Tax Collector**<br><br>Description of property securing debt: **14543 SE West Park Ct. Damascus, OR 97089 Clackamas County** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **LoanCare.LLC**<br><br>Description of property securing debt: **14543 SE West Park Ct. Damascus, OR 97089 Clackamas County.  Arrears = $27,000** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Oregon Community CU**<br><br>Description of property **2003 Ford F250 100,000 miles** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ No<br><br>☐ Yes |

Case 23-31403-thp7   Doc 1   Filed 06/28/23

| property securing debt: | **Vlaue based off of private party value on kbb.com Arrears = $1250** | ☐ Retain the property and [explain]: _____ |

| Creditor's name: | **US Bank Equipment Finance** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ■ No <br><br> ☐ Yes |
| Description of property securing debt: | **2018 Dodge Ram 3500 40,000 miles Titled to Oasis Pool & Spa Service Inc VIN#1572 Arrears = $7500** | | |

---

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Russ Aaron Slothower**           X _____
   **Russ Aaron Slothower**                  Signature of Debtor 2

Case 23-31403-thp7    Doc 1    Filed 06/28/23

| Debtor 1 | **Russ Aaron Slothower** | Case number *(if known)* | |
|---|---|---|---|

Signature of Debtor 1

| Date | **June 27, 2023** | Date | |
|---|---|---|---|

**United States Bankruptcy Court**
**District of Oregon**

In re    **Russ Aaron Slothower**                  Case No.
                              Debtor(s)      Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **June 27, 2023**                  **/s/ Russ Aaron Slothower**
                                          **Russ Aaron Slothower**
                                          Signature of Debtor