Certificate Number: 16339-OR-DE-037583600

Bankruptcy Case Number: 23-31403



16339-OR-DE-037583600

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 11, 2023, at 7:54 o'clock PM EDT, Russ Slothower completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date:  July 11, 2023        By:    /s/Kelley Tipton

                                             Name:  Kelley Tipton

                                             Title:  Certified Financial Counselor